APPEALS NOS. 201, 202. NEWPORT NATIONAL BANK *v.* PROVIDENCE INSTITUTION FOR SAVINGS. NEWPORT NATIONAL BANK *v.* THE OLD STONE TRUST COMPANY. Motion of defendants to dismiss appeals pursuant to §42-35-16, G. L. 1956, as amended, granted. *Moore, Virgadamo, Boyle & Lynch, Francis J. Boyle,* for plaintiff. *Higgins, Cavanagh & Cooney, John P. Cooney, Jr.,* for defendants.

APPEALS NOS. 210, 211. THE SAVINGS BANK OF NEWPORT *v.* RAYMOND H. HAWKSLEY *et al.* (Re: Providence Institution for Savings). THE SAVINGS BANK OF NEWPORT *v.* RAYMOND H. HAWKSLEY, *et al.* (Re: The Old Stone Trust Company). Motion of defendants to dismiss appeals pursuant to §42-35-16, G. L. 1956, as amended, granted. *Corcoran, Peckham & Hayes, William W. Corcoran,* for plaintiff. *Higgins, Cavanagh & Cooney, John P. Cooney, Jr.,* for defendants.

September 29, 1967.

M. P. No. 39. EMILY CODERRE *et al. v.* ZONING BOARD OF REVIEW OF THE CITY OF PAWTUCKET. Motion of appellants for review of decision of Zoning Board of Review, City of Pawtucket, dated July 6, 1967, granted in accord with prior decision of Court. *William J. Burke, Jr.* for petitioners. *Wooley, Blais & Quinn, Henry J. Blais III, Gerald J. Pouliot,* Assistant City Solicitor, for respondent.

M. P. No. 214. ECRO CORPORATION *et al. v.* JOHN W. SANFORD *et al.* Motion of petitioners for leave to file a petition for writ of certiorari granted. *Letts & Quinn, Andrew P. Quinn, Richard F. Canning, James E. Holland,* for petitioners. *Sheffield & Harvey, Ray H. Durfee,* for respondents.